IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2004 MAY 12 A 10: 59

CLERK
U.S. BANKRUPTCY COURT
DEPUTY

| | | |
|---|---|---|
| IN RE: MORAN, MICHAEL DUANE | * | CASE NO. 04-11959FM |
| MORAN, MARTHA ELESE | * | |
| | * | CHAPTER 7 |
| DEBTORS. | * | |
| | * | |
| MICHAEL DUANE MORAN and | * | |
| MARTHA ELESE MORAN | * | |
| PLAINTIFFS, | * | ADV. PRO. |
| | * | |
| vs. | * | |
| | * | |
| UNITED STATES DEPARTMENT OF | * | 04-1136FM |
| EDUCATION, | * | |
| DEFENDANT. | * | |

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF**
**STUDENT LOAN DEBT PURSUANT TO 11 U.S.C. §523(a)(8)**

TO THE HONORABLE UNITED STATES JUDGE:

COMES NOW Michael Duane and Martha Elese Moran, Debtors and Plaintiffs in the above case, by and through their attorney, Charles R. Nettles, and files this Complaint for a Determination of the Dischargeability of Student Loan Debt. Plaintiff would show the Court as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and 11 U.S.C. Bankruptcy Rule 4007. This is a core proceeding as defined by 11 U.S.C. §157(b).

2. Debtors filed a Chapter 7 Bankruptcy petition on April 7, 2004. Ronald Ingalls became the duly appointed trustee in the bankruptcy. The 341 meeting of the creditors was held on May 7, 2004.

3. The Debtor included the United States Department of Education as an unsecured creditor on his Chapter 7 petition for student loans.

4. Repayment of this indebtedness will impose an undue hardship upon debtor, as Mr. Moran is currently disabled as a result of agent orange related medical problems stemming from his service in Vietnam.

WHEREFORE, Debtors pray that the Court enter an order discharging the student loan debt and for further relief to which the Debtor may be justly entitled.

Respectfully submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
TSB# 14927200

## CERTIFICATE OF SERVICE

This is to certify that on the _____ day of May, 2004, a true and accurate copy of the foregoing complaint was served by first class U.S. Mail to the following parties:

Ronald Ingalls
PO Box 684903
Austin, TX 78768-4903

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

US Department of Education
PO Box 530260
Atlanta, GA 30353-0260

US Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue NW
Washington, DC 20530

US Attorney
601 NW Loop, Suite 600
San Antonio, TX 78216-5512

Dated: 4-12-04

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
TSB# 14927200

| B 104 (Rev. 6/87) | ADVERSARY PROCEEDING COVER SHEET | ADVERSARY PROCEEDING NUMBER (Court Use Only) 04-1136FM |
|---|---|---|
| **PLAINTIFFS** Michael & Martha Moran | **DEFENDANTS** US Department of Education | |
| ATTORNEYS (Firm Name, Address, and Telephone NO.) Charles R. Nettles 1524 South IH-35, Suite 233 Austin, Texas 78704 (512) 459-3212 | ATTORNEYS (If Known) | RECEIVED MAY 1 2 2004 U.S. BANKRUPTCY COURT BY _____ DEPUTY |

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF  ☒ 2 U.S. DEFENDANT  ☐ U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Determination of Dischargeability

**NATURE OF SUIT**
(Check the one most appropriate box only.)

☐ 454 To Recover Money or Property
☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest In Property
☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424 To object or to revoke a discharge 11 U.S.C. §727
☐ 455 To revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan
☒ 426 To determine the dischargeability of a debt 11 USC § 523
☐ 434 To obtain an injunction or other equitable relief
☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
☐ 456 To obtain a declaratory judgment relating to any of foregoing
☐ 459 To determine a claim or cause of action removed to a bankruptcy court
☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)  ☒ 1 Original Proceeding  ☐ 2 Removed Proceeding  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another Bankruptcy Court  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND $ | OTHER RELIEF SOUGHT | ☐ JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR MICHAEL & MARTHA MORAN | BANKRUPTCY CASE NO. 04-11959 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING WESTERN DISTRICT OF TEXAS | DIVISIONAL OFFICE AUSTIN | NAME OF JUDGE FRANK MONROE |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)  ☐ FEE ATTACHED  ☒ FEE NOT REQUIRED  ☐ FEE IS DEFERRED

| DATE 5-12-04 | PRINT NAME CHARLES R. NETTLES | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|